**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAMEN RABB, | ) Case No. CV 14-6507-JAK (JPR) |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| UNSPECIFIED, | ) |
| Respondent. | ) |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus Without Prejudice and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: August 27, 2014

JOHN A. KRONSTADT
U.S. DISTRICT JUDGE